# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 22 CR 2077-RBM |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| GABRIELA PEREZ-SOTO, | ) |
| Defendant | ) |

The Court finds that:

1. Defendant GABRIELA PEREZ-SOTO is out of custody;

2. Defense Counsel for defendant GABRIELA PEREZ-SOTO is requesting a brief continuance in order to confer with his client and enter a change of plea before the magistrate judge;

3. Assistant United States Attorney Sean Van Demark also join in defense counsel's request;

4. All prior conditions of pretrial release, will remain in full force and effect;

5. Time will be excluded under the speedy trial clock.

IT IS THEREFOR ORDERED that the motion hearing/ trial setting for Defendant GABRIELA PEREZ-SOTO be continued from October 7, 2022 at 9:00 a.m. to November 18, 2022 at 9:00 a.m.

IT IS SO ORDERED

DATED: October 3, 2022

_____
HONORABLE RUTH B. MONTENEGRO
UNITED STATES DISTRICT COURT JUDGE